UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIVIAN ROSE ALLEN,<br><br>Defendant. | CASE NO. 3:76-CR-00060-BHS<br><br>ORDER |

This matter comes before the Court on Defendant Vivian Rose Allen's Motion to Seal Defendant's Conviction for Limited Purpose. Dkt. 32. The Court has considered the motion, the declaration of attorney Paula T. Olson in support of the motion and the government's response in opposition to the motion.

Ms. Allen has not provided the Court with any authority that would confer jurisdiction on the Court to provide the relief requested. Even if the Court had jurisdiction, the Court finds that the reasons to seal the conviction are no more compelling in this case than would appear in many if not most other such post conviction requests for sealing.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Defendant's Motion to Seal Defendant's Conviction for Limited Purpose is DENIED.

Dated this 17th day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1